# OUTTEN & GOLDEN LLP

*Advocates for Workplace Fairness*

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian
Ossai Miazad
Cara E. Greene
Rachel M. Bien

Lewis M. Steel
Paul W. Mollica
Molly Brooks
Nantiya Ruan

Deirdre A. Aaron
Sally Abrahamson
*Not admitted in New York*
Reena Arora
Delyanne D. Barros
Katherine Blostein
Cyrus E. Dugger
Jennifer Liu
Carmel Mushin
Melissa Pierre-Louis
Michael Scimone
Amber C. Trzinski
Juno Turner
Elizabeth Wagoner

April 8, 2013

**Via Facsimile: (212) 805-0426**
The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Lloyd v. J.P. Morgan Chase & Co.*, No. 11 Civ. 09305 (LTS)
      *Ciullo v. JP Morgan Chase & Co.*, No. 12 Civ. 02197 (LTS)

Dear Judge Swain,

We represent the *Lloyd* Plaintiffs in the above-referenced matters. We write jointly with counsel for Defendants to respectfully request a page extension of the Reply briefs to Plaintiffs' Motion for Conditional Certification, ECF No. 62, and to Defendants' Motions to Compel Arbitration, ECF Nos. 65 and 67. The parties respectfully request permission to file Reply briefs to these motions of up to 15 pages in length, in light of the numerous legal issues raised in the opposition briefs.

We thank the Court for its consideration of the parties' request.

Respectfully submitted,

Deirdre Aaron

The request is granted.

**SO ORDERED:**

_____ 4/10/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/13

cc:   Thomas A. Linthorst, Esq. (via facsimile and email)
      John Halebian, Esq. (via facsimile and email)
      Adam T. Klein, Esq.