```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LLOYD and LAWRENCE KAUFMANN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. AND CHASE INVESTMENT SERVICES CORP.,<br><br>Defendants | No. 11 Civ. 9305 (LTS) |
| KENNETH CIULLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO. and CHASE INVESTMENT SERVICES CORP.,<br><br>Defendants | No. 12 Civ. 2197 (LTS) |

### STIPULATION PURSUANT TO FED. R. CIV. P. 15(a)(2) TO FILE SECOND AMENDED COMPLAINT

The parties, through their undersigned counsel, hereby stipulate and agree that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and subject to paragraph 3.3 of the parties' Joint Stipulation of Settlement Agreement and Release, ECF No. 349-1 and 2, Plaintiffs shall file the Second Amended Complaint, attached hereto as Exhibit A. Pursuant to paragraph 3.3 of the parties' Joint Stipulation of Settlement Agreement and Release, Defendants shall not be required to answer or otherwise respond to the Second Amended Complaint.

*Attorneys for Plaintiffs*

_____  4/10/2017
Justin M. Swartz

*Attorneys for Defendants*

_____
Sam S. Shaulson

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Deirdre A. Aaron
685 Third Avenue, 25th Floor

New York, NY 10017
T: (212) 245-1000

**LOVELL STEWART HALEBIAN JACOBSON, LLP**
John Halebian
Adam Mayes
420 Lexington Ave., Suite 2440
New York, New York 10170
T: (212) 500-5010

**MORGAN, LEWIS & BOCKIUS LLP**
Sam S. Shaulson
Thomas A. Linthorst
101 Park Avenue
New York, NY 10178
T: (212) 309-6718

**SO ORDERED:**

_____ 4/17/17
**U.S.D.J.**

tmc